FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC -6 PM 4:06

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BAKER & MURAKAMI PRODUCE
COMPANY LLLP, an Idaho limited
liability limited partnership,
and J.F. PALMER AND SONS
PRODUCE, INC., a Texas
corporation,

    Plaintiffs,

v.

WENG FARMS INC., a Texas
corporation; LIYA WENG, an
individual also known as Lea
Weng; WILLIAM R. FOSTER,
individual; and HILLCREST FARM,
a business entity;

    Defendants.

CASE NO. CV418-0252

## O R D E R

Before the Court is Plaintiffs' Second Motion to Extend
Temporary Restraining Order. (Doc. 16.) On November 6, 2018,
this Court previously entered a temporary restraining order at
Plaintiffs' request. (Doc. 7.) On November 21, 2018, the Court
extended that temporary restraining order. (Doc. 14.) Now,
Plaintiffs are requesting an additional extension of the
temporary restraining order. (Doc. 16.) Under Federal Rule of
Civil Procedure 65(b)(2), the Court may extend the entry of a
temporary restraining order for "good cause." In this case,
Plaintiffs contend that there is good cause to extend the

application of the temporary restraining order because this Court has not yet held a hearing to discuss a potential preliminary injunction and Plaintiffs are still at risk of harm if the assets of the PACA trust are dissipated. (Doc. 16.) After careful consideration, the Court finds that there is good cause to warrant extending the temporary restraining order in this case. Accordingly, Plaintiffs' motion (Doc. 16) is **GRANTED**. Plaintiffs are **DIRECTED** to serve Defendants, or their counsel, with a copy of this Order by personal service, including by email, facsimile transmission, priority mail, or Federal Express, by the close of business on December 14, 2018. Further, **a hearing will be held on January 7, 2019 at 3:00 p.m.** to discuss Plaintiffs' Motion for Preliminary Injunction.

SO ORDERED this 6th day of December 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA