UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BAKER & MURAKAMI PRODUCE
COMPANY LLLP, an Idaho limited
liability limited partnership;
and J.F. PALMER AND SONS
PRODUCE, INC., a Texas
corporation;

    Plaintiffs,

v.

WENG FARMS INC., a Texas
corporation; LIYA WENG, an
individual also known as Lea
Weng; WILLIAM R. FOSTER,
individual; and HILLCREST
FARM, a business entity;

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV418-252

**Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Default judgment is entered in favor of Plaintiff Baker and against Defendants Foster and Weng, in their individual capacities, as to Count VI of Plaintiffs' Complaint (Doc. 1), in the principal amount of $84,897.75, plus additional interest of $23,359.45 accrued through August 19, 2019.

Default judgment in entered in favor of Plaintiff Palmer & Sons and against Defendants Foster and Weng, in their individual capacities, as to Count VI of Plaintiffs' Complaint (Doc. 1), in the principal amount of $217,180.50, plus additional interest of $55,273.48 accrued through August 19, 2019.

Additionally, default judgment is entered against Defendants Foster and Weng, in their individual capacities, in the total amount of $46,585.00 in contractual attorneys' fees and $2,006.41 in costs due to

Plaintiffs.

10/24/19
Date

Scott L. Poff
Clerk

(By) Deputy Clerk