IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BAKER & MURAKAMI PRODUCE COMPANY LLLP, an Idaho limited liability limited partnership; and J.F. PALMER AND SONS PRODUCE, INC., a Texas corporation;<br><br>    Plaintiffs,<br><br>v.<br><br>WENG FARMS INC., a Texas corporation; LIYA WENG, an individual also known as Lea Weng; WILLIAM R. FOSTER, individual; and HILLCREST FARM, a business entity;<br><br>    Defendants. | CASE NO. CV418-252 |

## O R D E R

Before the Court is Plaintiffs' Joint Motion to Dismiss Claims Against Defendant Liya Weng. (Doc. 64.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." In this case, Plaintiffs and Defendant Weng have agreed that Plaintiff's claims against Defendant Weng should be dismissed. After careful consideration, Plaintiffs' request (Docs. 64) is **GRANTED**. Accordingly, Plaintiffs' claims against

Defendant Liya Weng are **DISMISSED WITH PREJUDICE** and the Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 3rd day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA